# Court of Appeals
# of the State of Georgia

ATLANTA,  February 15, 2019

*The Court of Appeals hereby passes the following order:*

**A19A1327. JESUS VIEYRA v. THE STATE.**

Initially charged with numerous crimes, including rape, Jesus Vieyra ultimately pleaded guilty to home invasion in the first degree and two counts of family violence aggravated assault. The trial court sentenced him to 40 years, to serve 20, and ordered him to register as a sex offender as a special condition of probation. Thereafter, Vieyra filed a motion for an out-of-time appeal, apparently challenging his registration requirement.[1] On December 21, 2018, the trial court denied Veiyra's motion, and on January 24, 2019, he filed this direct appeal. We lack jurisdiction.

A notice of appeal must be filed within 30 days of the entry of an appealable judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264

---

[1] Vieyra's motion is not a part of the record on appeal.

Ga. 872, 872 (1) (452 SE2d 756) (1995). Here, Vieyra's notice of appeal was filed 34 days after entry of the court's order. Accordingly, this appeal is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,  02/15/2019*
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*